UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANNETTE ROGERS-ANDREWS, )<br>    Plaintiff                  )<br>v.                                     )<br>                                       )<br>                                       )<br>DOLGENCORP, INC.,          )<br>    Defendant               ) | **JUDGMENT**<br>Master Case No. 5:09-MD-1500-JG<br>Case No. 4:09-CV-58-BR |

**Decision by Court.**
**This case came before the Honorable W. Earl Britt, Senior United States District Judge for consideration of the defendant's motion for summary judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED the Court grants Dollar General's motion for summary judgment and this case is closed.**

This Judgment Filed and Entered on January 21, 2011 with service on:

C. Lance Gould (via cm/ecf Notice of Electronic Filing)
Michelle Price Massingale (via cm/ecf Notice of Electronic Filing)
Roman a. Shaul (via cm/ecf Notice of Electronic Filing)
Joel S. Allen (via cm/ecf Notice of Electronic Filing)
John d. Bosco (via cm/ecf Notice of Electronic Filing)
Kevin Scott Joyner (via cm/ecf Notice of Electronic Filing)
Ronald E. Manthey (via cm/ecf Notice of Electronic Filing)

Date: January 21, 2011

                                                  DENNIS P. IAVARONE, CLERK
                                                  /s/ Delsia Heath
                                                  (By): Delsia Heath, Deputy Clerk